# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ X

SYED FARHAJ HASSAN, *et al.*,

        Plaintiffs-Appellants,

-against-

THE CITY OF NEW YORK,

        Defendant-Appellee.

─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ X

**Docket No. 14-1688**

**UNOPPOSED MOTION OF APPELLEE FOR EXTENSION OF TIME TO FILE BRIEF**

Defendant-appellee the City of New York, pursuant to Federal Rule of Appellate Procedure 26(b) and Third Circuit Local Rule 31.4, and for good cause shown, hereby moves for an extension of time of forty-five days, until Monday, October 6, 2014, within which to file its appellee's brief in this appeal. Plaintiffs-appellants have consented to this motion.

In support of this application, counsel states as follows:

1. On July 3, 2014, plaintiffs-appellants filed their joint appendix and appellants' brief in this appeal. Plaintiffs-appellants obtained two extensions of time before filing their appellants' brief—one on oral application and one by written motion.

2. On July 18, 2014, upon oral application of appellees, the Clerk granted appellees a two-week extension of time within which to file their appellees' brief, until August 21, 2014.

3. Appellee hereby requests an additional forty-five (45) days within which to file its appellee's brief.

4. The requested extension of time is necessary for appellee to complete its brief. Eight separate amicus briefs supporting appellants have been filed in this appeal. The appellants' brief and the amicus briefs together total over 250 pages of briefing to which appellee must respond. In addition, the undersigned counsel has a long-planned vacation scheduled from August 15 until August 24, and the lead attorney working on this appeal, Peter Farrell, has a long-planned vacation scheduled from August 23 until September 2. Both counsel also have numerous upcoming filing deadlines and other professional commitments, including but not limited to a brief in opposition to certiorari due in the Supreme Court on September 12, 2014, in *The Evergreen Association, Inc. v. City of New York*; a brief due on September 2, 2014, in the New York State Appellate Division, First Department, in *Brad H. v. Novello*; and post-trial briefing opposing an attorneys' fees application due on September 12, 2014, in the Southern District of New York in *Abdell v. City of New York*.

5. Accordingly, appellee respectfully requests that the Court grant it an additional forty-five (45) days to file its appellee's brief, which would make the brief due on October 6, 2014. Counsel does not expect to file any further motions for additional time in this matter.

6. As noted above, appellants, by Baher Azmy, Esq., Center for Constitutional Rights, consent to this application.

Respectfully submitted,

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
100 Church
New York, NY  10007
(212) 356-2500

By:  /s/ Richard Dearing
       RICHARD DEARING
       Chief, Appeals Division

*Attorney for Defendant-Appellee*

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

-------------------------------------------------------x

SYED FARHAJ HASSAN, *et al.*,

              Plaintiffs-Appellants

      -against-

THE CITY OF NEW YORK,

              Defendant-Appellee.

-------------------------------------------------------x

**Docket No. 14-1688**

**UNOPPOSED MOTION OF APPELLEE FOR AN EXTENSION OF TIME TO FILE BRIEF**

    I hereby certify that on August 7, 2014, I caused a copy of Defendant-Appellee City of New York's Unopposed Motion for an Extension of Time To File Appellee's Brief to be filed with the Clerk of the Court by electronic filing in PDF form using the Third Circuit's electronic filing system.

    I also certify that, on August 7, 2014, I caused the attached Motion to be served by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on the following Filing Users:

| | | |
|---|---|---|
| Baher Azmy | Glenn Katon | Lawrence S. Lustberg |
| Ghita Schwarz | Muslim Advocates | Joseph A. Pace |
| Center for Constitutional Rights | PO Box 70180 | Gibbons |
| 666 Broadway, Seventh Floor | Oakland, CA 94612 | One Gateway Center |
| New York, NY 10012 | | Newark, NJ 07102 |