OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 4, 2014

Baher A. Azmy Esq.
Benjamin C. Block Esq.
Brian D. Boyle Esq.
Bruce D. Brown Esq.
Ronald K. Chen Esq.
Richard P. Dearing Esq.
Walter E. Dellinger III Esq.
Peter G. Farrell Esq.
Glenn Katon Esq.
Ayesha N. Khan Esq.
Gregory M. Lipper Esq.
Alexander J. Luchenitser Esq.
Lawrence S. Lustberg Esq.
Joseph A. Pace Esq.
Allen P. Pegg Esq.
Michael W. Price Esq.
Ghita Schwarz Esq.
Gregory J. Wallance Esq.

RE: Syed Hassan v. City of New York
Case Number: 14-1688
District Case Number: 2-12-cv-03401

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Tuesday, January 13, 2015 in PHILADELPHIA, PA.**  It may become necessary for the panel to move this case to another day within the **week of January 12, 2015.**  Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than one (1) week prior to the disposition date you will be advised whether

oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany J. Grier*
Tiffany Grier, Calendar Clerk
267-299-4905