OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 17, 2014

Baher A. Azmy Esq.
Benjamin C. Block Esq.
Brian D. Boyle Esq.
Bruce D. Brown Esq.
Ronald K. Chen Esq.
Richard P. Dearing Esq.
Walter E. Dellinger III Esq.
Peter G. Farrell Esq.
Glenn Katon Esq.
Ayesha N. Khan Esq.
Gregory M. Lipper Esq.
Alexander J. Luchenitser Esq.
Lawrence S. Lustberg Esq.
Joseph A. Pace Esq.
Allen P. Pegg Esq.
Michael W. Price Esq.
Ghita Schwarz Esq.
Gregory J. Wallance Esq.

RE: Syed Hassan v. City of New York
Case Number: 14-1688
District Case Number: 2-12-cv-03401

Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, January 13, 2015**. Counsel will be allotted **15 minutes** oral argument time for each side, pursuant to 3rd LAR 34.1 (a). Court will convene at **10:00 A.M.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom ,** (**19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.**) Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Tiffany J. Grier*
Tiffany Grier, Calendar Clerk
267-299-4905

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **AMBRO, FUENTES and ROTH, Circuit Judges**