Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
llustberg@gibbonslaw.com
*Attorney for Appellants and Liaison Counsel*

| | |
|---|---|
| SYED FARHAJ HASSAN, *et al.*, | **UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** |
| Plaintiffs-Appellants, | No. 14-1688 |
| v. | **CERTIFICATION OF TRANSCRIPT ACCURACY** |
| CITY OF NEW YORK | |
| Defendant-Appellee. | |

I, Lawrence S. Lustberg, do hereby certify as follows:

1. I am an attorney at Gibbons P.C., co-counsel for Plaintiffs-Appellants in the above-captioned matter. I have been designated by the Court as liaison counsel to handle the production and filing of the transcript of the January 13, 2015 oral arguments in this matter, as requested by the Court.

2. In that capacity, I have assured that counsel for both parties have had an opportunity to review the transcript for accuracy and to correct for errors, which they have done.

3. The transcript being filed with the Court is now a true and accurate transcript.

_____
Lawrence S. Lustberg

Dated: January 26, 2015